IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:08-CV-1258 |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | ) |
| Defendant, | ) |

## STIPULATION OF DISMISSAL

The parties hereto, by and through their undersigned counsel, do hereby stipulate to the dismissal of the above action with prejudice.

Respectfully submitted,

By:s/John Newborg
   John Newborg, Esquire
   Counsel for Plaintiff
   PA I.D. No.: 22276
   220 Lawyers Building
   Pittsburgh, PA 15219
   (412) 281-1106
   jdnewborg@aol.com

By:s/James Urban
   James Urban, Esquire
   PA I.D. 82019
   Counsel for Defendant
   JONES DAY
   500 Grant Street, Suite 4500
   Pittsburgh, PA 15219
   jsurban@jonesday.com

SO ORDERED, this 20th day of January, 2009.

_____
Gary L. Lancaster, United States District Judge